UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
**1:03-10002 DPW**

UNITED STATES OF AMERICA

v.

**BRYAN FEBONIO**

## ORDER ON DETENTION MOTION

SOROKIN, M.J.

The defendant appeared before the undersigned on **February 4, 2011.** He was represented by counsel. The Government moved for detention of the defendant and requested a hearing on this motion. The defendant is currently held in state custody awaiting trial. Accordingly, all parties agreed to continue the detention hearing in the instant case until such time as the defendant is released from state custody in accord with the protocol set forth in United States v. King, 818 F.2d 112, 115, n. 3 (1st Cir. 1987).

Thus, **it is ORDERED** that: (1) the detention hearing is continued generally; (2) the defendant is, DETAINED pending the detention hearing, see 18 U.S.C. § 3142 ("During a continuance, the defendant shall be detained. . . ."); and (3) **the U.S. Marshal lodge a detainer against the defendant with the state authorities on the basis of this Order**.

/s/ Leo T. Sorokin
LEO T. SOROKIN
UNITED STATES MAGISTRATE JUDGE

Date: February 4, 2011